IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TRACY VENABLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 4:04-CV-00004 |
| v. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant | ) | |

The *Plaintiff's Motion for Attorney's Fees* [11] filed on March 7, 2006 by Tracy Venable ("Plaintiff") for an award of attorney's fees under the provisions of 42 U.S.C. § 406(b)(1) is now before this Court. The Commissioner of Social Security ("Commissioner") has noted her consent to payment of said fees by a *Response* [14] filed on March 28, 2006.. Accordingly, the *Plaintiff's Motion for Attorney's Fees* [11] is hereby **granted.**

The Commissioner is hereby ordered to pay the Plaintiff's counsel $825.00 in attorney's fees for work performed in this case.

The Clerk is directed to send a certified copy of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 31st day of March, 2006.

                                                                                s/Jackson L. Kiser
                                                                                Senior United States District Judge